# Order

**Michigan Supreme Court**
**Lansing, Michigan**

October 25, 2006

130858

ROBERT R. FRY,
       Plaintiff-Appellee,

v

CHERRIE GODOSHIAN and
ARTHUR GODOSHIAN,
       Defendants-Appellants.

_____/

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

SC: 130858
COA: 257644
Monroe CC: 03-017045-NO

On order of the Court, the application for leave to appeal the February 23, 2006 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.

WEAVER and CORRIGAN, JJ., would grant leave to appeal.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

October 25, 2006

_____
Clerk

t1018